

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia  30303*

August 7, 2019

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

     RE:    **Leave of Absence**

Dear Courtroom Deputies:

   This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from **November 20, 2019 to and including November 25, 2019; and November 27, 2019 to and including November 29, 2019.** I respectfully request that the Court not schedule any court appearances in the following matter for those dates:

| | | | |
|---|---|---|---|
| U.S. v. Craig et al | 1:16-CR-00145 | U.S. v. Cheema | 1:92-MJ-00221 |
| U.S. v. Platero | 1:99-MJ-00245 | U.S. v. Suh | 1:99-MJ-00197 |
| U.S. v. Bernal-Hernandez | 1:02-MJ-00595 | U.S. v. Bryant | 1:02-MJ-00997 |
| U.S. v. Cedano | 1:07-MJ-00125 | U.S. v. Garcia-Roque | 1:08-MJ-00632 |
| U.S. v. McCullough | 1:12-MJ-01368 | U.S. v. Hamby, et al. | 1:18-CR-00244 |
| U.S. v. Rosser | 1:17-MJ-00630 | U.S. v. Ruff | 1:17-MJ-00629 |
| U.S. v. Rios | 1:17-MJ-00631 | U.S. v. Thornton | 1:18-CR-00453 |
| U.S. v. Turner | 1:19-CR-00276 | | |

                Sincerely,

                BYUNG J. PAK
                *United States Attorney*

                */s/Erin N. Spritzer*
                ERIN N. SPRITZER
                *Assistant United States Attorney*

cc: Counsel for Defendant (Via ECF)